1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  STEVE MACIAS,                          CASE NO. 1:10-cv-00235-SKO PC

10              Plaintiff,                ORDER DISMISSING ACTION, WITH
                                          PREJUDICE, FOR FAILURE TO STATE
11         v.                             A CLAIM UPON WHICH RELIEF MAY
                                          BE GRANTED UNDER SECTION 1983
12  CALIFORNIA DEPARTMENT
    OF CORRECTIONS., et al.,              (Docs. 1 and 10)
13
                Defendants.               ORDER COUNTING DISMISSAL AS A
14                                        STRIKE UNDER 28 U.S.C. § 1915(G)
                                    /
15

16         Plaintiff Steve Macias, a former state prisoner proceeding pro se and in forma pauperis, filed

17  this civil rights action pursuant to 42 U.S.C. § 1983 on February 12, 2010.  On May 6, 2011, the

18  Court dismissed Plaintiff's complaint for failure to state a claim under section 1983, and ordered

19  Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).

20  To date, Plaintiff has not complied with or otherwise responded to the Court's order.  As a result,

21  there is no pleading on file which sets forth any claims upon which relief may be granted.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.  This dismissal SHALL count as a strike under 28 U.S.C. § 1915(g).


IT IS SO ORDERED.

**Dated:**     **June 28, 2011**                          /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE